IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gross, Joan S

Printed: 03/10/09

Case Number:  05 B 45411

Judge:  Hollis, Pamela S

Filed:  10/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  February 20, 2009
Confirmed:  November 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,362.96 |  |
| Secured: |  | 8,152.91 |
| Unsecured: |  | 7,779.66 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 1,067.30 |
| Other Funds: |  | 63.09 |
| Totals: | 19,362.96 | 19,362.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | John C Dent Ltd. | Administrative | 2,300.00 | 2,300.00 |
| 2. | Oak Brook Bank | Secured | 8,152.91 | 8,152.91 |
| 3. | ECast Settlement Corp | Unsecured | 174.61 | 174.61 |
| 4. | Portfolio Recovery Associates | Unsecured | 4,821.57 | 4,821.57 |
| 5. | SMC Collections | Unsecured | 211.91 | 211.91 |
| 6. | Oak Brook Bank | Unsecured | 1,031.52 | 972.59 |
| 7. | RoundUp Funding LLC | Unsecured | 142.16 | 142.16 |
| 8. | ECast Settlement Corp | Unsecured | 79.73 | 79.73 |
| 9. | Marshall Field & Company | Unsecured | 79.04 | 79.04 |
| 10. | Lord & Taylor | Unsecured | 17.15 | 17.15 |
| 11. | Von Maur | Unsecured | 167.81 | 167.81 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,113.09 | 1,113.09 |
| 13. | Sears Consumer Finance | Unsecured |  | No Claim Filed |
| | | | $ 18,291.50 | $ 18,232.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 226.94 |
| 5% | 79.05 |
| 4.8% | 151.81 |
| 5.4% | 340.46 |
| 6.5% | 205.39 |
| 6.6% | 63.65 |
| | $ 1,067.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gross, Joan S

Printed: 03/10/09

Case Number:  05 B 45411

Judge:  Hollis, Pamela S

Filed:  10/7/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: